IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARLOS VELASQUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF UTAH, et al.,<br><br>  Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Case No. 2:18-cv-00728-DN<br><br>District Judge David Nuffer |

Plaintiff Carlos Velasquez filed a motion (the "Motion")[1] under Fed. R. Civ. P. 60(a)[2] for reconsideration of the Memorandum Decision and Order of Dismissal ("Dismissal Order")[3] and resulting judgment.[4] The Motion is impermissibly and excessively overlength[5] and generally difficult to follow. In essence, its principal arguments are:

  1.  The Dismissal Order "misrepresent[s] the standards presented" and "the proceeding,"[6] lacks "credibility,"[7] and is otherwise inaccurate,[8] "misleading," and an "abuse [of] authentic power."[9]

---

[1] Request for Reconsideration of a Memorandum of Dismissal, and Order of Cloture ("Motion"), docket no. 29, filed March 8, 2019.

[2] *See id.* at 2:8-9.

[3] Docket no. 27, filed February 25, 2019.

[4] Judgment in a Civil Case, docket no. 28, filed February 25, 2019.

[5] *See* DUCivR 7-1(a)(3)(C).

[6] Motion, *supra* note 1, at 3:9-11, 4:7-8; *see id.* at 22-23, 34:15-19; *see* Letter from Velasquez, docket no. 29-1, filed March 8, 2019.

[7] Motion, *supra* note 1, at 22:7-9.

[8] *Id.* at 22:5-6.

[9] *Id.* at 5:16-6:2; *see id.* at 35.

2. The Dismissal Order and resulting judgment are erroneous as a matter of law and an abuse of discretion.[10]

3. The court is prejudiced[11] and did not exercise "procedural diligence."[12]

Each of these arguments is incorrect and without merit—as is the Motion also.

THEREFORE, IT IS HEREBY ORDERED that the Motion[13] is DENIED.

Signed March 12, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[10] *See id.* at 5-8, 14, 18-32, 35-39, 42-43, 45.

[11] *See id.* at 22:15-23:1, 23:8-10, 35:4-7.

[12] *Id.* at 4:13-14; *see id.* at 13 ¶ 32, 23:6-10, 33-34, 46:12-15.

[13] Docket no. 29, filed March 8, 2019.