IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARLOS VELASQUEZ,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF UTAH, et al.,<br><br>                Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO APPEAL IN FORMA PAUPERIS**<br><br>Case No. 2:18-cv-00728-DN<br><br>District Judge David Nuffer |

Plaintiff Carlos Velasquez has filed a motion ("Motion")[1] to appeal in forma pauperis the (1) Memorandum Decision and Order of Dismissal,[2] (2) Judgment in a Civil Case,[3] and (3) Memorandum Decision and Order Denying Motion for Reconsideration.[4]

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."[5]

Velasquez's appeal presents no substantial question for review, and there is no reasonable basis for his claims of error. Therefore, it is hereby certified that the appeal is not taken in good faith, and it is hereby ordered that the Motion is DENIED.

Signed March 28, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Motion to Proceed in Forma Pauperis on Appeal to the United States Court of Appeals, docket no. 34, filed under seal March 21, 2019; *see* Notice of Appeal, docket no. 33, filed March 20, 2019.

[2] Docket no. 27, filed February 25, 2019.

[3] Docket no. 28, filed February 25, 2019.

[4] Docket no. 31, filed March 12, 2019.

[5] 28 U.S.C. § 1915(a)(3).

elm